UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA JACKSON,

        Plaintiff,

Case No. 1:13-cv-195

v.

Hon. Paul L. Maloney

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE**

On March 18, 2013, an order issued denying the plaintiff's application for leave to proceed in forma pauperis in this action (ECF No. 5). A subsequent order issued on October 29, 2014, directed the plaintiff to pay the $400.00 filing fee within 28 days or the action would be dismissed (ECF 8). To date, the plaintiff has not paid the filing fee. Dismissal of the action is appropriate as the plaintiff has failed to comply with a court order. Fed. R. Civ. P. 41(b), *see Link v. Wabash R.R. CO.*, 370 U.S. 626, 632-633 (1962).

Accordingly,

        **IT IS HEREBY ORDERED** that this matter is **DISMISSED**.

Date:  December 5, 2014          /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     Chief United States District Judge